JULIA JAYNE (State Bar No. 202753)
Email: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
DARRELL BUCKINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00387- EMC |
| v. | **STIPULATION AND [PR~~OPOS~~ED] ORDER TO CONTINUE HEARING DATE** |
| DARRELL BUCKINS | |

  IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Darrell Buckins, that the hearing presently scheduled for October 8, 2014 at 2:30 p.m. be taken off calendar and rescheduled for November 19, 2014 at 2:30 p.m..  The reason for this extension is that Defense counsel needs additional time to investigate the allegations and meet and confer with Mr. Buckins.

   The Defense submits and the Government does not object that it is appropriate to exclude time from October 8, 2014 through November 19, 2014, for the purpose of effective preparation, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

  **IT IS SO STIPULATED**

DATED: October 1, 2014          By:  _____/s/_____
                                     Julia Mezhinsky Jayne
                                     Counsel for Darrell Buckins

DATED: October 1, 2014          UNITED STATES ATTORNEY'S OFFICE

                                By:  _____/s/_____
                                     WILLIAM FRENTZEN
                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED: October 2, 2014          _____
                                HONORABLE
                                UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*